UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS A. SARABASA,

Petitioner,

v.

DIRECTOR OF UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

Respondents.

Case No. C26-969RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: The Court has reviewed the Emergency Motion for Temporary Restraining Order filed in this case, Dkt. #2, and determined that the relief it seeks is moot given the provisions of the Court's Scheduling Order issued in cases such as this one, Dkt. #4. That Order requires Respondents to provide at least 48 hours' notice prior to any action to move or transfer the Petitioner from the Western District of Washington or to remove him from the United States.

Accordingly, the Court STRIKES Dkt. #2 as moot. Petitioner must still correct the signature issue with the Petition as explained in the Court's Notice of Filing Deficiency, Dkt. #3.

DATED this 23rd day of March, 2026.

JOSHUA C. LEWIS, Clerk

By:    /s/ Alejandro Pasaye Hernandez
       Deputy Clerk

MINUTE ORDER - 1