UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS A. SARABASA,<br><br>       Petitioner,<br><br>    v.<br><br>DIRECTOR OF UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>       Respondents. | CASE NO.:  2:26-cv-00969-RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE** |

## STIPULATED MOTION REGARDING BRIEFING SCHEDULE

Petitioner Carlos A. Sarabasa and Respondents Director of United States Immigration & Customs Enforcement, et al. (collectively, "the Parties") hereby stipulate to and jointly request to modify the briefing schedule (Dkt. No. 4). In support of this Stipulated Motion, the Parties state as follows:

1. On March 20, 2026, Petitioner, by and through his spouse Mayulis Garcia, filed, *pro se*, a petition for a writ of habeas corpus. Dkt. No. 1 (the "Petition").

2. On March 23, 2026, the Court issued an order directing Respondents to show cause why a writ of habeas corpus should not be granted. Dkt. No. 4. The Court also ordered a return deadline of April 6, 2026, and a traverse deadline of April 13, 2026. *Id*.

3. On March 30, 2026, Petitioner, through his spouse as attorney-in-fact pursuant to a power of attorney, engaged undersigned counsel to represent him in connection with his Petition for a writ of habeas corpus.

4. Petitioner expects to file, by April 13, 2026, a new petition and, with counsel having recently been retained, requires additional time to prepare the new petition.

5. The Parties agree that, in order to preserve judicial economy and party resources, Respondents' deadline to file a return to the Petition should be held in abeyance pending Petitioner's filing of a new petition by April 13.

6. Once the new petition is filed, the parties will abide by the 14-day return deadline and 5-day traverse deadline set forth in the General Order.

7. This is the Parties' first request to amend deadlines in this matter and it is not made for any improper purpose, including but not limited to delay.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, that:

Respondents' deadline to file a return to the Petition should be held in abeyance pending Petitioner's filing of a new petition by no later than April 13, 2026.

STIPULATED MOTION AND ORDER REGARDING          -2-
BRIEFING SCHEDULE
2:26-cv-00969-RSM

IT IS SO STIPULATED.

DATED this 2nd day of April, 2026.                    Respectfully submitted,

/s/ *Eric P. Tuttle*
Eric P. Tuttle, WSBA #46820
Nicholas R. Sidney, WSBA #54982
Madison Welsh, WSBA #60250
Jane Yang, WSBA #64718
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:   (206) 883-2500
eric.tuttle@wsgr.com
nsidney@wsgr.com
mjwelsh@wsgr.com
yang.jane@wsgr.com

*Attorneys for Petitioner*
*Carlos A. Sarabasa*

/s/ *Michelle R. Lambert*
Michelle R. Lambert, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone:   (253) 428-3824
Fax:         (253) 428-3826
Email:       michelle.lambert@usdoj.gov

*Attorney for Respondents*

STIPULATED MOTION AND ORDER REGARDING            -3-
BRIEFING SCHEDULE
2:26-cv-00969-RSM

**ORDER**

Pursuant to stipulation, the Court ORDERS that Respondents' April 6, 2026 deadline to file a return to the Petition is held in abeyance pending Petitioner's filing of a new petition on or before April 13, 2026.

IT IS SO ORDERED.

DATED this 3rd day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE